IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **ALEXIS AGUIRRE,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| VS. ) | No. 2:16-cv-03012-SHM-egb |
| ) | |
| **GENERAL CONSTRUCTION** ) | |
| **SERVICES, INC.** ) | |
| ) | |
|     **Defendant.** ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff and Defendant stipulate that this action is dismissed with prejudice. Each party will bear its own costs and attorney's fees.

    Respectfully submitted,

    /S/Yvette Holland Kirk
    Maureen T. Holland (TN BPR#15202)
    Yvette Holland Kirk (TN BPR #32174)
    HOLLAND & ASSOCIATES, PC
    1429 Madison Avenue
    Memphis, TN 38104
    Telephone:  (901) 278-8120

    *Attorneys for Plaintiff*

    /S/Ross E. Webster
    GLANKLER BROWN, PLLC
    6000 Poplar Avenue
    Suite 400
    Memphis, TN 38119
    901-525-1322

        Fax: 901-525-2389
        Email: rwebster@glankler.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 11th day of October 2017 the foregoing was electronically filed with the Clerk of the Court using the ECF/CME system, which will provide service upon all attorneys of record in this matter.

        /s/Yvette Holland Kirk_____