```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
```

**ALEXIS AGUIRRE,**

      Plaintiff,

V.                                                  Civil No. 16-3012-SHM

**GENERAL CONSTRUCTION SERVICES, INC.,**

      Defendant.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this matter is dismissed with prejudice, in accordance with the Order of Dismissal docketed October 18, 2017.  Each party to bear its own costs and attorney's fees.

**APPROVED:**

_s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

_October 18, 2017_                          THOMAS M. GOULD
DATE                                        CLERK

                                                      _s/ Zandra Frazier_
                                                      (By) DEPUTY CLERK